No. —, Original. *Ex parte:* IN THE MATTER OF UNION TOOL COMPANY, PETITIONER. Submitted October 5, 1920.

Decided October 18, 1920. Motion for leave to file petition for a writ of mandamus denied. *Mr. Melville Church, Mr. A. V. Andrews, Mr. Frederick S. Lyon* and *Mr. William K. White* for petitioner.